## 36238. GREEN v. GREEN et al.

JORDAN, Presiding Justice.

This is an appeal from an order dismissing a cross complaint relating to marital property in a divorce action which was previously dismissed by consent of the parties.

This appeal is dismissed for failure to comply with the provisions of Code Ann. Par. 6-701.1 (Ga. L. 1979, pp. 619, 620).

*Appeal dismissed. All the Justices concur, except Hill, J., who dissents.*

SUBMITTED MAY 16, 1980 — DECIDED SEPTEMBER 4, 1980.

*Walter H. Bolling, Jr.,* for appellant.
*Little & Adams, Rickie L. Brown,* for appellees.

Johnny Green, *pro se.*